# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00570-CR

**Eric Byron Crayton, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR-2012-225, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The State's brief in this appeal was originally due March 4, 2015. After three motions requesting extension of time to file the brief were granted, the brief was due June 3, 2015. On June 3, 2015, the State filed a fourth motion requesting an additional 30-day extension of time to file the brief.

The State's fourth motion for extension of time to file the brief is granted. The attorney representing the State in this appeal, Clayten Hearrell, is ordered to tender a brief in this cause no later than July 3, 2015. No further extensions will be granted. We caution counsel that failure to file the brief by that date could result in counsel being called before this Court to show cause why he should not be held in contempt for violating this order.

It is so ordered on this the 12th day of June, 2015.

Before Justices Puryear, Pemberton, and Bourland

Do Not Publish